UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

                                      Case Number 15-20764
                                      Honorable David M. Lawson

LOUIS SPAIN,

        Defendant.

_____/

## ORDER GRANTING UNOPPOSED REQUEST TO EXTEND REPORT DATE

The matter is before the Court on the defendant's unopposed request to extend the deadline for the defendant voluntarily to surrender to begin serving the term of imprisonment imposed by the Court on August 15, 2016. The defendant asserts that he needs some more time to resolve certain personal affairs before he reports to prison. Counsel for the parties have conferred about the defendant's request, and they presented to the Court a stipulation to extend the defendant's report date to November 1, 2016.

Accordingly, it is **ORDERED** that the defendant's unopposed request to extend his report date is **GRANTED**.

It is further **ORDERED** that the date for defendant Louis Spain to report to the Bureau of Prisons to begin serving his custodial sentence is extended to **November 1 2016**. The defendant must report to the designated institution **at or before 3:00 p.m.** on that date.

                                            s/David M. Lawson
                                            DAVID M. LAWSON
                                            United States District Judge

Dated:   September 22, 2016

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 22, 2016.

        s/Susan Pinkowski
        SUSAN PINKOWSKI